proponent's motion for a direction of a verdict should have been granted. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

JOSEPH V. DALEY, as Administrator of the Estate of JOHN E. DALEY, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27916.)

Argued January 7, 1949; decided February 24, 1949.

*Nathaniel L. Goldstein,* Attorney-General (*John R. Davison, Wendell P. Brown* and *Ronald E. Coleman* of counsel), for appellant.

*Joseph J. Casey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.